RECEIVED

DEC 2 7 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE OPELOUSAS DIVISION**

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-60018 |
|---|---|---|
| VERSUS | * | JUDGE MELANÇON |
| LYDIA MARIE ASHLEY | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, having considered the objections filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the defendant's Motion to Dismiss Indictment for Speedy Trial Act Violation [rec. doc. 43] is **GRANTED**, and accordingly, the indictment against the defendant, Lydia Marie Ashley, is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of December, 2007.

_____
TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 12/27/07
BY: CW
TO: TLm
PS